# United States Court of Appeals

## For the First Circuit

No. 06-1254

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM AHRENDT,[*]

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 19, 2009 is amended as follows:

On page 10, line 23  Add a "." after ")"

On page 14, lines 1, 2, 3:  The sentence, "Here, the district court was presented with first such reports, both of which concluded that Ahrendt was competent to stand trial." should be replaced with:  "Here, the district court was presented with evaluations from two mental health professionals, both of whom concluded that Ahrendt was competent to stand trial."

On page 17, line 15, substitute '144 and 168' for 'forty-two and sixty-six"

On page 24, line 18 and page 25, line 1: substitute "Godin II" should be underlined.

On page 25, line 5, substitute 'the five and one-half and three and one-half year disparities' for 'a 12-year disparity'

---

[*]This appeal is captioned "<u>United States</u> v. <u>Aherndt</u>," but, consistent with the opinion of even date, the appellant's surname is spelled as he spelled it at trial:  Ahrendt.